IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson, Eldridge T

Printed: 8/19/08

Case Number: 05 B 22940
Judge: Hollis, Pamela S
Filed: 6/9/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: July 31, 2008
Confirmed: July 25, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,640.00 |  |
| Secured: |  | 820.63 |
| Unsecured: |  | 5,670.34 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,585.00 |
| Trustee Fee: |  | 439.46 |
| Other Funds: |  | 124.57 |
| Totals: | 8,640.00 | 8,640.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,585.00 | 1,585.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 820.63 | 820.63 |
| 4. | Arrow Financial Services | Unsecured | 519.86 | 519.86 |
| 5. | Asset Acceptance | Unsecured | 1,802.45 | 1,802.45 |
| 6. | Jefferson Capital | Unsecured | 240.72 | 240.72 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 1,501.33 | 1,501.33 |
| 8. | RoundUp Funding LLC | Unsecured | 1,605.98 | 1,605.98 |
| 9. | Peoples Energy Corp | Unsecured | 2,263.30 | 0.00 |
| 10. | Allied Interstate | Unsecured |  | No Claim Filed |
| 11. | AT&T | Unsecured |  | No Claim Filed |
| 12. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 13. | Ford Motor Credit Corporation | Unsecured |  | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 15. | ICS | Unsecured |  | No Claim Filed |
| 16. | Financial Recovery | Unsecured |  | No Claim Filed |
| 17. | Sprint PCS | Unsecured |  | No Claim Filed |
| 18. | SBC | Unsecured |  | No Claim Filed |
| 19. | SBC | Unsecured |  | No Claim Filed |
| 20. | Harris Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 10,339.27 | $ 8,075.97 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 21.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jackson, Eldridge T

Printed: 8/19/08

Case Number: 05 B 22940
Judge: Hollis, Pamela S
Filed: 6/9/05

|       |        |
|-------|--------|
| 5.5%  | 90.92  |
| 5%    | 48.93  |
| 4.8%  | 81.02  |
| 5.4%  | 142.01 |
| 6.5%  | 54.98  |
|       | _____ |
|       | $ 439.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

